AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Zebadiah J. Comb *also known as Zebadiah Jerome Comb also known as Zeb*, <br> *Petitioner* <br> v. <br> J. Hutchinson, <br> *Respondent* | ) ) ) ) ) | Civil Action No.    1:19-03302-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Zebadiah J. Comb *also known as Zebadiah Jerome Comb also known as Zeb*, shall take nothing of the respondent, J. Hutchinson, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  January 2, 2020                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/L. Baker

                                                                                       *Signature of Clerk or Deputy Clerk*